**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LONG ISLAND HOUSING SERVICES,

                       Plaintiff,

         -against-

GREENVIEW PROPERTIES, INC., GREENVIEW
COMMONS ASSOCIATES, L.P.,
LARRY GARGANO,
PICKMAN REALTY CORPORATION,
AXELROD & CHERVENY ARCHITECTS, P.C.,
and STUDIO A ARCHITECTURAL GROUP, P.C.

                  Defendant(s).
-----------------------------------------------------------X

**ORDER**
07CV0352 (ADS) (WDW)

**APPEARANCES:**

**RELMAN & DANE, PLC**
Attorneys for the Plaintiff
1225 19th St., NW
Suite 600
Washington, DC 20036
      By:  Elena Grigera, Esq.
          Scott Chang, Esq. Of Counsel

**LAW OFFICES OF MARTIN J. COLEMAN**
Attorneys for the Plaintiff
100 Crossways Park Drive West
Suite 412
Woodbury, NY 11797
      By: Martin J. Coleman, Esq., Of Counsel

**CERTILMAN BALIN ADLER & HYMAN, LLP**
Attorneys for Defendants Greenview Properties, Inc.,
Greenview Commons Associates, L.P., Larry C. Gargano,
and Pickman Realty Corporation
90 Merrick Avenue
East Meadow, NY 11554
      By: Douglas E. Rowe, Esq., Of Counsel

**FARBER, BROCKS & ZANE, LLP**
Attorneys for Defendant Axelrod & Cherveny Architects, P.C.
1565 Franklin Avenue
Suite 300
Mineola, NY 11501
      By: Braden H. Farber, Esq., Of Counsel

<u>NO APPEARANCE</u>
Studio A Architectural Group, P.C.

**SPATT, District Judge.**

On November 19, 2007, a default judgment was entered against the Defendant

Studio A Architectural Group, P.C. This matter was referred to United States

Magistrate Judge William D. Wall for a Report and Recommendation ("Report") to

determine the amount of damages to be awarded to the Plaintiff.

On December 3, 2007, Judge Wall issued a Report, recommending that

because a calculation of damages against the defaulting defendant is complicated by

the presence of several non-defaulting defendants, such calculation should be

postponed until the case is resolved as to all defendants.

To date, there have been no objections filed to the Report. In reviewing a

report and recommendation, a court "may accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

§636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which

no timely objection has been made, a district court need only satisfy itself that there is

no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp.

2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189

(S.D.N.Y. 1985)); see also Pizarro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991).

The Court has reviewed the Report and agrees that a determination of damages

as against Studio A Architectural Group, P.C. is premature. There being no objection

to Judge Wall's Report, it is hereby

**ORDERED**, that Judge Wall's Report and Recommendation is adopted in its

entirety; and it is further

**ORDERED**, that the calculation of damages and entry of final judgment

against Studio A Architectural Group is stayed until after resolution of the action as to

all defendants.

**SO ORDERED.**

Dated: Central Islip, New York
January 11, 2008

_/s/ Arthur D. Spatt_
ARTHUR D. SPATT
United States District Judge